IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 69.118.108.19

**ISP:** Optimum Online High Speed Internet Service
**Physical Location:** Yonkers, NY

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 01/08/2019 21:06:45 | 344876132D1DF9C93875FC16EE8B2B5A378AA188 | Fashion Show Fucking |
| 10/31/2018 09:57:46 | F956E8F800340C3BB5262D949829D1BA152797DE | Tight Teen Fucks Herself |
| 10/30/2018 16:38:34 | BD5BC05BC16B07844EDDD6E8E48F8119B436BC55 | California Couple Cumming in Malibu |
| 10/15/2018 21:00:50 | 2943143109C75EA8F2C9C9BD9519148A84C45D4A | Sexy Surfing Lessons |
| 09/24/2018 13:28:26 | E52CD0535018BED62F50F3AF807E3751587F8E27 | Sexy Movies Cum Inside |
| 09/14/2018 21:22:18 | 761E094C41CF84122D8373A5F89F7FB335D1B340 | Lesbian Pillow Fight Fantasy |
| 07/30/2018 22:44:32 | 98227DC95A345136FB9445BE90BBB26249126C99 | Threeway Strip Poker |
| 06/26/2018 14:07:32 | 8977078CAEFDC52963A023D01C13CDE4FB2C14A4 | When You Least Expect It |

**Total Statutory Claims Against Defendant: 8**

EXHIBIT A

SNY509