**Copyrights-In-Suit for IP Address 69.118.108.19**

**ISP:** Optimum Online High Speed Internet Service
**Location:** Yonkers, NY

| Title | Registration Number | Date of First Publication | Effective Date of Registration | Most Recent Hit UTC |
|---|---|---|---|---|
| Fashion Show Fucking | PA0002149328 | 01/04/2019 | 01/07/2019 | 01/08/2019 |
| Tight Teen Fucks Herself | PA0002144407 | 10/28/2018 | 11/27/2018 | 10/31/2018 |
| California Couple Cumming in Malibu | PA0002144398 | 10/26/2018 | 11/27/2018 | 10/30/2018 |
| Sexy Surfing Lessons | PA0002144405 | 10/11/2018 | 11/27/2018 | 10/15/2018 |
| Sexy Movies Cum Inside | PA0002140490 | 09/14/2018 | 09/24/2018 | 09/24/2018 |
| Lesbian Pillow Fight Fantasy | PA0002140371 | 09/11/2018 | 09/24/2018 | 09/14/2018 |
| Threeway Strip Poker | PA0002133715 | 07/27/2018 | 08/02/2018 | 07/30/2018 |
| When You Least Expect It | PA0002130447 | 06/23/2018 | 07/03/2018 | 06/26/2018 |

**Total Malibu Media, LLC Copyrights Infringed:  8**

EXHIBIT B

SNY509