**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

MALIBU MEDIA LLC,

        Plaintiff(s),

        -against-

ALBANA GJONGECAJ,

        Defendant(s).
-------------------------------------------------------X

Index No. 7:18-CV-11793-KMK

AFFIDAVIT OF ATTEMPTED SERVICE

STATE OF NEW YORK   )
                      S.S.
COUNTY OF ROCKLAND)

BRENDAN COLLISHAW, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., Inc., and is not a party to this action.

That on the 27TH day of JUNE, 2019, at approximately 12:15PM, on the 17TH day of JULY, 2019, at approximately 6:55PM and on the 20TH day of JULY, 2019, at approximately 9:15AM deponent attempted to serve a true copy of the SUMMONS, AMENDED COMPLAINT, & DISCLOSURE STATEMENT upon ALBANA GJONGECAJ at 765 BRONX RIVER ROAD, APT. 2H, BRONXVILLE, NY 10708 but THERE WAS NO ANSWER ON THE BUZZER OF THAT ADDRESS.

_____
BRENDAN COLLISHAW

Sworn to before me this
24TH day of JULY, 2019

_____
NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2020

D.L.S., Inc.
400 Rella Blvd.
Ste. 165
Suffern, NY 10901
845-639-7559
www.dlsnational.com