

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
MALIBU MEDIA, LLC,

        Plaintiff,

v.

ALBANA GJONGECAJ,

        Defendant.
------------------------------------------------X

Civil Action No. 7:18-cv-11793-KMK

**AFFIDAVIT OF ATTEMPTED SERVICE**

STATE OF NEW YORK  )
                   S.S.
COUNTY OF NEW YORK)

        **ROBERT MILLS**, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., Inc., and is not a party to this action.

        That on the 22nd day of July, 2019, at approximately 2:15 pm, deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT, AND AMENDED COMPLAINT-ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGEMENT** upon **ALBANA GJONGECAJ** at Prada, 100 Prince Street, #A, New York, NY 10012 but the Store Manager told deponent that there is no Albana Gjongecaj at this location.

_/s/ Robert Mills_
**ROBERT MILLS, #1004298**

Sworn to before me this
30th day of July, 2019

_____
NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
Notary Public State Of New York
No. 01GO5062405
Qualified in New York County
Commission Expires July 1, 2022

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com