

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
MALIBU MEDIA, LLC,

        Plaintiff,

  v.

ALBANA GJONGECAJ,

        Defendant.
-------------------------------------------------X

Civil Action No. 7:18-cv-11793-KMK

**AFFIDAVIT OF ATTEMPTED SERVICE**

STATE OF NEW YORK  )
                   S.S.
COUNTY OF NEW YORK)

      **EUCLIDE DECASTRO**, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., Inc., and is not a party to this action.

      That on the 25th day of July, 2019, at approximately 2:46 pm, deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT, AND AMENDED COMPLAINT-ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGEMENT** upon **ALBANA GJONGECAJ** at Prada USA Corp., 609 West 51st Street, New York, NY 10019 but the papers cannot be served in person, rather it has to be done through CSCglobal.com.

      That on the 26th day of July, 2019, at approximately 10:45 am, deponent attempted to serve a true copy of the **SUMMONS IN A CIVIL ACTION, NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT, AND AMENDED COMPLAINT-ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGEMENT** upon **ALBANA GJONGECAJ** at Prada USA Corp., 609

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com



West 51st Street, New York, NY 10019 but the papers still cannot be served in person, rather it has to be done through CSCglobal.com.

**EUCLIDE DECASTRO, #2079464**

Sworn to before me this
6th day of August, 2019

NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2020

D.L.S., Inc.
401 Broadway
Ste. 510
New York, NY 10013
212-925-1220
www.dlsnational.com